

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**GREGORY B. REILLY**
greilly@bsk.com
P: 646.253.2330
F: 646.253.2301

October 27, 2021

**VIA ELECTRONIC CASE FILING**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007-1312
CronanNYSDChambers@nysd.uscourts.gov

    Re: **Udom v. Institute for Community Living, Inc.**
       *Case No. 1:21-cv-03717-JPC*

Dear Judge Cronan:

  We represent Defendant Institute for Community Living, Inc. ("ICL") in the above-referenced action. The parties have reached a settlement in principle and are requesting until November 15 to file a stipulation of voluntary dismissal.

  There is a Pre-Trial Conference currently scheduled for November 3, 2021 at 1 pm. We respectfully request that this conference and deadline for submission of the pre-conference materials be adjourned pending settlement.

  Thank you for your consideration.

Respectfully Submitted,

BOND, SCHOENECK & KING, PLLC

*/s/ Gregory B. Reilly*

Gregory B. Reilly, Esq.

cc: Magistrate Judge Robert W. Lehrburger
   Abdul Hassan, Esq. (Counsel for Plaintiff)

---

**This request is granted. All pre-conference material deadlines and the conference scheduled for November 3, 2021 are adjourned sine die. The parties may file a stipulation of voluntary dismissal by November 15, 2021.**

SO ORDERED.
Date: October 27, 2021
New York, New York

JOHN P. CRONAN
United States District Judge