# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**                                                      Tel: 718-740-1000
Email: abdul@abdulhassan.com                                Fax: 718-740-2000
*Employment and Labor Lawyer*                             Web: www.abdulhassan.com

**November 15, 2021**

**Via ECF**

Hon. John P. Cronan, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 12-D
New York, NY 10007

<u>**Re: Udom v. Institute for Community Living Inc.**</u>
**Case No. 21-CV-03717 (JPC)(RWL)**
**Motion for Extension of Time**

Dear Judge Cronan:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the November 15, 2021 deadline for the parties to file a motion for settlement approval in this FLSA case pursuant to the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), which requires court approval of settlement and dismissals with prejudice in FLSA cases. This request is being made because some additional time is needed to finalize the settlement papers.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

The parties' request is granted. The parties shall have until November 29, 2021 to submit any settlement requiring Court approval under Cheeks v. Freeport Pancake House, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information.

SO ORDERED.
Date: November 16, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge

1