# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

December 13, 2021

**Via ECF**

Hon. John P. Cronan, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 12-D
New York, NY 10007

> The request is granted. The parties shall have until December 28, 2021 to submit any settlement requiring Court approval under Cheeks v. Freeport Pancake House, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information.
>
> SO ORDERED.
> Date: December 14, 2021
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

**Re: Udom v. Institute for Community Living Inc.**
    Case No. 21-CV-03717 (JPC)(RWL)
    **Motion for Extension of Time**

Dear Judge Cronan:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the December 13, 2021 deadline for the parties to file a motion for settlement approval. In the last several days, Defendant has indicated that they will get back to us to finalize the settlement agreement, but they were apparently not able to do so by today's deadline. Two prior requests for an extension of this deadline were made and granted.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**