# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                              Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                           Fax: 718-740-2000
*Employment and Labor Lawyer*                                                          Web: www.abdulhassan.com

**December 28, 2021**

**Via ECF**

Hon. John P. Cronan, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 12-D
New York, NY 10007

<u>Re: Udom v. Institute for Community Living Inc.</u>
Case No. 21-CV-03717 (JPC)(RWL)
Motion for Extension of Time

Dear Judge Cronan:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the December 28, 2021 deadline for the parties to file a motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement agreement language. We do not anticipate the need for further extensions. Three prior requests for an extension of this deadline were made and granted.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

The request is granted.  The parties shall move for settlement approval by January 14, 2022.

SO ORDERED. Date:
December 29, 2021
New York, New York

JOHN P. CRONAN
United States District Judge